COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE OF INTENT TO DISMISS

Appellate case name:        Ali Yazdchi v. Mike Jones and Sam Adamo

Appellate case number:    01-15-00438-CV

Trial court case number:  2015-05013

Trial court:                      11th District Court of Harris County

On April 9, 2015, the trial court entered a partial summary judgment motion dismissing claims against Sam Adamo. Yazdchi attempts to appeal from that order. The order does not dispose of pending claims by Yazdchi against Mike Jones. Therefore, our review shows the order is interlocutory and is not a final, appealable judgment. *See Lehman v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001).

The Court has instructed me to inform you that unless a response is filed within 10 days of the date of this order, with citations to authority and the record explaining why we have jurisdiction to hear this appeal, we may dismiss the appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Clerk's signature:    _____
                              Clerk of the Court

Date:  May 28, 2015